THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE: | BK. No. 1:18-bk-02636-HWV |
| ROY MARCUS GREENWAY, JR. | |
| RACHEL NICOLE GREENWAY | Chapter No. 13 |
| A/K/A RACHEL N. GREENWAY | |
| A/K/A RACHEL N. KNIGHT | |
| **Debtors** | |
| | |
| THE MONEY SOURCE INC. | 11 U.S.C. §362 |
| **Movant** | |
| v. | |
| ROY MARCUS GREENWAY, JR. | |
| RACHEL NICOLE GREENWAY | |
| A/K/A RACHEL N. GREENWAY | |
| A/K/A RACHEL N. KNIGHT | |
| **Respondents** | |

## ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

**AND NOW**, upon Motion of **THE MONEY SOURCE INC.** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **THE MONEY SOURCE INC.** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

Dated: June 17, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)