```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02636-HWV
Roy Marcus Greenway, Jr.                                        Chapter 13
Rachel Nicole Greenway
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1              Date Rcvd: Sep 15, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
        +Charles E. Knight, Sr.,   415 Saginaw Road,   Mount Wolf, PA 17347-9609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Roy Marcus Greenway, Jr. hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Rachel Nicole Greenway hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James  Warmbrodt     on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
              Jerome B Blank     on behalf of Creditor    The Money Source, INC. pamb@fedphe.com
              Mario John Hanyon     on behalf of Creditor    The Money Source, INC. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    The Money Source, INC. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance
               Corporation ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>ROY MARCUS GREENWAY, JR.<br>RACHEL NICOLE GREENWAY<br>**Debtor(s)**<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>**Movant**<br><br>v.<br><br>ROY MARCUS GREENWAY, JR.<br>RACHEL NICOLE GREENWAY<br>CHARLES E. KNIGHT, SR.<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 18-02636 (HWV)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about September 25, 2020 in the above matter is APPROVED.

Dated: September 15, 2020

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (CD)