UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROY MARCUS GREENWAY, JR. and RACHEL NICOLE GREENWAY<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| ROY MARCUS GREENWAY, JR. and RACHEL NICOLE GREENWAY<br>Respondent(s) | : | CASE NO. 1-18-bk-02636 |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 30th day of October, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Proof of Claim for East Manchester Township.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/James K. Jones
      Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 30th day of October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA 17401

              /s/Deborah A. Behney
              Office of Charles J. DeHart, III
              Standing Chapter 13 Trustee