United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02636-HWV |
| Roy Marcus Greenway, Jr. | Chapter 13 |
| Rachel Nicole Greenway | |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 30, 2020  Form ID: ntcltrdb  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

**Recip ID       Recipient Name and Address**
5076717       + EAST MANCHESTER TOWNSHIP, 5080 N. SHERMAN STREET, MOUNT WOLF, PA 17347-9678

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**                              **Email Address**

Charles J DeHart, III (Trustee)
                                      TWecf@pamd13trustee.com

Elizabeth Haley Rohrbaugh
                                      on behalf of Debtor 1 Roy Marcus Greenway Jr. hrohrbaugh@cgalaw.com,
                                      kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com

Elizabeth Haley Rohrbaugh
                                      on behalf of Debtor 2 Rachel Nicole Greenway hrohrbaugh@cgalaw.com
                                      kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com

James Warmbrodt
                                      on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

Jerome B Blank
                                      on behalf of Creditor The Money Source INC. pamb@fedphe.com

Mario John Hanyon
    on behalf of Creditor The Money Source  INC. pamb@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

Thomas Song
    on behalf of Creditor The Money Source  INC. pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Roy Marcus Greenway Jr., | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:18−bk−02636−HWV |
| Rachel Nicole Greenway, aka Rachel N. Greenway, aka Rachel N. Knight, | | |
| **Debtor 2** | | |

| **Notice** |
| --- |

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#14) has been filed by the Debtor on behalf of East Manchester Township in the amount of $1590.42.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2020 |

ntcltrdb 05/18