United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02636-HWV

Roy Marcus Greenway, Jr.  Chapter 13

Rachel Nicole Greenway

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2

Date Rcvd: Dec 11, 2020  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5076788 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Roy Marcus Greenway Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Rachel Nicole Greenway hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| James Warmbrodt | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor The Money Source INC. pamb@fedphe.com |

| Name | Description |
|---|---|
| Mario John Hanyon | on behalf of Creditor The Money Source INC. pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor The Money Source INC. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|    Roy M. Greenway Jr. | : |
|    Rachel N. Greenway | : |
|          Debtors | :   Chapter 13 |
| | : |
| Roy M. Greenway Jr. | :   Case No. 1:18-bk-02636 |
| Rachel N. Greenway | : |
|    v. | : |
| | :   Objection to Proof of Claim |
| York County Tax Claim Bureau | :   No. 4-1 |
| | : |
|          Respondent | : |

ORDER SUSTAINING
DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 4-1
OF YORK COUNTY TAX CLAIM BUREAU

UPON CONSIDERATION of the Objection filed by the Debtors, and cause for same being shown, it is hereby

ORDERED THAT Proof of Claim No. 4-1 of York County Tax Claim Bureau be stricken.

Dated: December 10, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

{01846291/1}