In re:   Case No. 18-02636-HWV

Roy Marcus Greenway, Jr.   Chapter 13

Rachel Nicole Greenway

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 6

Date Rcvd: Apr 14, 2021     Form ID: ordsmiss     Total Noticed: 134

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roy Marcus Greenway, Jr., Rachel Nicole Greenway, 415 Saginaw Road, Mount Wolf, PA 17347-9609 |
| cr | + | THE MONEY SOURCE INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5076674 | + | ALLERGY & ASTHMA CONSULTANTS, 1620 S. QUEEN ST., YORK, PA 17403-4637 |
| 5076677 | | ARCADIA RECOVERY BUREAU, LLC, PO BOX 70256, PHILADELPHIA, PA 19176-0256 |
| 5076679 | | ARCADIA RECOVERY BUREAU, LLC, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 5076678 | + | ARCADIA RECOVERY BUREAU, LLC, PO BOX 41309, DEPT 310, NASHVILLE, TN 37204-1309 |
| 5076682 | + | AT&T UNIVERSAL, P.O. BOX 183055, COLUMBUS, OH 43218-3055 |
| 5076683 | + | AT&T UNIVERSAL, P.O. BOX 183068, COLUMBUS, OH 43218-3068 |
| 5076697 | + | CBCS, PO BOX 2589, COLUMBUS, OH 43216-2589 |
| 5076696 | | CBCS, PO BOX 163333, COLUMBUS, OH 43216-3333 |
| 5076693 | | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5076698 | + | CBY BUREAU OF YORK, INC., 33 SOUTH DUKE STREET, YORK, PA 17401-1485 |
| 5076699 | | CHARLES EARNEST KNIGHT SR., 8289 WB &A ROAD, SEVERN, MD 21144 |
| 5076702 | + | COMCAST, 1155 BENNER PIKE, STATE COLLEGE, PA 16801-7300 |
| 5076708 | + | COMMONWEALTH OF MASSACHUSETTS, P.O. BOX 847840, BOSTON, MA 02284-7840 |
| 5076707 | | COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS DEPT. OF TRANSPORT., PO BOX 414041, BOSTON, MA 02241-4041 |
| 5076709 | | CONVERGENT, 800 SW 59TH STREET, PO BOX 9004, HOUSTON, NV 89057 |
| 5076710 | | CONVERGENT, PO BOX 9004, HOUSTON, NV 89057 |
| 5076667 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5076717 | + | EAST MANCHESTER TOWNSHIP, 5080 N. SHERMAN STREET, MOUNT WOLF, PA 17347-9678 |
| 5076719 | + | EASTERN ACCOUNT SYSTEM INC, P.O. BOX 837, NEWTOWN, CT 06470-0837 |
| 5076720 | + | FAMILY CENTER FOR ALLERGY ASTHMA, 2605 JOPPA ROAD, YORK, PA 17403-5164 |
| 5076721 | + | FDOT, TOLL-BY-PLATE, P.O. BOX 105477, ATLANTA, GA 30348-5477 |
| 5076722 | + | FINANCIAL RECOVERIES, 200 EAST PARK DRIVE S, P.O. BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5076723 | | FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5076724 | | FINANCIAL RECOVERIES, PO BOX 1022, WIXOM, MI 48393-1022 |
| 5076725 | + | HANOVER MEDICAL ADULT, 250 FAME AVE # 235, HANOVER, PA 17331-1576 |
| 5076727 | + | HAYT, HAYT & LANDAU, TWO INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5076728 | | HAYT, HAYT & LANDAU, LLC, PO BOX 500, EATONTOWN, NJ 07724-0500 |
| 5076729 | + | HAYT, HAYT AND LANDAU, SIXTH FLOOR, 400 MARKET STREET, PHILADELPHIA, PA 19106-2513 |
| 5338280 | + | Honda Financial Services dba American Honda Financ, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 5076730 | + | INSTITUTE FOR DERMATOPATHOLOGY, P.O. BOX 740978, CINCINNATI, OH 45274-0978 |
| 5076731 | + | J.R. JUDD VIOLINS. LLC, 1964 LYCOMING CREEK ROAD, WILLIAMSPORT, PA 17701-1253 |
| 5076732 | + | KATHY EMSWILER, 20 BONITA DRIVE, MOUNT WOLF, PA 17347-9754 |
| 5076733 | + | KATHY EMSWILER, TAX COLLECTOR, 20 BONITA DRIVE, MOUNT WOLF, PA 17347-9754 |
| 5076736 | + | LENDMARK FINANCIAL, P.O. BOX 2910, COVINGTON, GA 30015-7910 |
| 5076735 | + | LENDMARK FINANCIAL, 2054 FRUITVILLE PIKE, LANCASTER, PA 17601-3918 |
| 5076739 | + | LENDMARK FINANCIAL SERVICES, INC., 250 ENGLAR ROAD, UNIT 16, WESTMINSTER, MD 21157-6186 |
| 5076738 | | LENDMARK FINANCIAL SERVICES, INC., 6479 BALTIMORE NATIONAL PIKE, CATONSVILLE, MD 21228-3904 |
| 5076740 | + | MANCHESTER AMBULANCE, 10 DEVCO DRIVE, MANCHESTER, PA 17345-1356 |
| 5076741 | + | MANCHESTER AMBULANCE, P.O. BOX 434, 10 DEVCO DRIVE, MANCHESTER, PA 17345-1356 |

| | | |
|---|---|---|
| 5076742 | | MARTIN FOOT AND ANKLE, P O BOX 8875, CAMP HILL, PA 17001-8875 |
| 5076743 | | MARTIN FOOT AND ANKLE, 2300 PLEASANT VALLEY ROAD, YORK, PA 17402-9627 |
| 5076744 | + | MCCLURE LAW OFFICE, P.O. BOX 65, MIDDLETOWN, PA 17057-0065 |
| 5076745 | | MERCHANTS & MEDICAL CREDIT CORP., 6324 TAYLOR DRIVE, FLINT, MI 48507-4685 |
| 5076746 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MET-ED, P.O. BOX 16001, READING, PA 19612-6001 |
| 5076747 | | MET-ED, 76 S. MAIN STREET, AKRON, OH 44308-1890 |
| 5076749 | + | MPL LAW FIRM, 137 EAST PHILADELPHIA STREET, YORK, PA 17401-2424 |
| 5098437 | + | Met-Ed First Energy, 101 Crawford's Corner Rd., Bldg. 1, Su, Holmdel, NJ 07733-1976 |
| 5076750 | + | NORTHLAND GROUP INC, P O BOX 390846, MINNEAPOLIS, MN 55439-0846 |
| 5076751 | + | NORTHLAND GROUP, INC., P O BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5076752 | + | NORTHLAND GROUP, INC., PO BOX 390900, MINNEAPOLIS, MN 55439-0990 |
| 5076669 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5076756 | | PEERLESS CREDIT SERVICES,INC., P.O. BOX 518, MIDDLETOWN, PA 17057-0518 |
| 5076757 | | PENN STATE HERSHEY MEDICAL CENTER, MSHMC PHYSICIANS GROUP, P.O. BOX 643313, PITTSBURGH, PA 15264-3313 |
| 5076760 | + | PENN WASTE, INC., P.O. BOX 3066, YORK, PA 17402-0066 |
| 5076758 | | PENN WASTE, INC., 85 BRICKYARD ROAD, YORK, PA 17402 |
| 5076759 | + | PENN WASTE, INC., P.O. BOX 64910, BALTIMORE, MD 21264-4910 |
| 5076761 | + | PHELAN HALLINAN DIAMOND & JONES,LLP, 1617 JFK BLVD. SUITE 1400, PHILADELPHIA, PA 19103-1814 |
| 5076666 | + | ROY MARCUS GREENWAY, JR., RACHEL NICOLE GREENWAY, 415 Saginaw Road, Mount Wolf, PA 17347-9609 |
| 5076668 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5076763 | + | THE MONEY SOURCE, 500 SOUTH BROAD STREET, SUITE A, MERIDEN, CT 06450-6755 |
| 5233871 | + | THE MONEY SOURCE INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |
| 5076764 | + | THE WOMEN'S HEALTHCARE GROUP, 1693 SOUTH QUEEN STREET, YORK, PA 17403-4609 |
| 5366122 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5076771 | + | WELLS FARGO BANK, P O BOX 54180, LOS ANGELES, CA 90054-0180 |
| 5076775 | + | WELLS FARGO BANK, 1776 WEST LAKE PARKWAY, WEST DES MOINES, IA 50266-8377 |
| 5076780 | + | WELLSPAN HEALTH, YORK HOSPITAL, 1001 S. GEORGE STREET, YORK, PA 17403-3645 |
| 5076781 | | WELLSPAN HEALTH, PO BOX 450, NEWMANSTOWN, PA 17073-0450 |
| 5076779 | | WELLSPAN HEALTH, P.O. BOX 742641, CINCINNATI, OH 45274-2641 |
| 5076777 | | WELLSPAN HEALTH, YORK HOSPITAL, 3350 WHITEFORD ROAD, YORK, PA 17402-9081 |
| 5076778 | + | WELLSPAN HEALTH, 147 GETTYS STREET, P.O. BOX 3786, GETTYSBURG, PA 17325-0786 |
| 5076782 | + | WELLSPAN MEDICAL GROUP, P.O. BOX 6195, READING, PA 19610-0195 |
| 5076783 | + | WELLSPAN PHARMACY, 1001 S. GEORGE STREET, YORK, PA 17403-3676 |
| 5076784 | | WELLSPAN PHARMACY, INC., 304 ST. CHARLES WAY, YORK, PA 17402-4647 |
| 5076788 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |
| 5076789 | + | YORK COUNTY TREASURER, 28 EAST MARKET STREET, YORK, PA 17401-1584 |
| 5076790 | + | YORK HOSPITAL, 1001 SOUTH GEORGE STREET, YORK, PA 17403-3645 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: HNDA.COM | Apr 14 2021 22:53:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| 5076671 | + EDI: AFNIRECOVERY.COM | Apr 14 2021 22:53:00 | AFNI, P.O. BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 5076672 | + EDI: AFNIRECOVERY.COM | Apr 14 2021 22:53:00 | AFNI, 404 BROCK DRIVE, P.O. BOX 3517, BLOOMINGTON, IL 61702-3517 |
| 5076673 | + EDI: AFNIRECOVERY.COM | Apr 14 2021 22:53:00 | AFNI, 1310 MARTIN LUTHER KING DRIVE, P.O. BOX 3517, BLOOMINGTON, IL 61702-3517 |
| 5076675 | EDI: HNDA.COM | Apr 14 2021 22:53:00 | AMERICAN HONDA FINANCE, PO BOX 168088, IRVING, TX 75016 |
| 5084341 | EDI: HNDA.COM | Apr 14 2021 22:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5076676 | + Email/Text: rperez@arcadiarecovery.com | Apr 14 2021 19:15:00 | ARCADIA RECOVERY BUREAU, 645 PENN |

| | | | | |
|---|---|---|---|---|
| | | | | ST, READING, PA 19601-3559 |
| 5076681 | | EDI: CITICORP.COM | Apr 14 2021 22:53:00 | AT&T UNIVERSAL, P.O. BOX 8116, SOUTH HACKENSACK, NJ 07606 |
| 5076680 | + | EDI: CITICORP.COM | Apr 14 2021 22:53:00 | AT&T UNIVERSAL, P.O. BOX 45165, JACKSONVILLE, FL 32232-5165 |
| 5076685 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5076686 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE, PO BOX 85619, RICHMOND, VA 23285-5619 |
| 5076689 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK, P.O. BOX 71107, CHARLOTTE, NC 28272-1107 |
| 5076687 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5076690 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5076688 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5076691 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5076692 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | CAPITAL ONE BANK (USA), N.A.*, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 5076694 | + | EDI: CBCSI.COM | Apr 14 2021 22:53:00 | CBCS, 875 GREENTREE ROAD, 8 PARKWAY CENTER, PITTSBURGH, PA 15220-3802 |
| 5076695 | | EDI: CBCSI.COM | Apr 14 2021 22:53:00 | CBCS, P O BOX 165025, COLUMBUS, OH 43216-5025 |
| 5076706 | + | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, 2801 E. MARKET STREET, YORK, PA 17402-2418 |
| 5076703 | + | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, 8029 CORPORATE DRIVE, WHITE MARSH, MD 21236-4977 |
| 5076701 | + | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, 2720 BALTIMORE PIKE, GETTYSBURG, PA 17325-7793 |
| 5076700 | + | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, 221 W. PHILADELPHIA STREET, SUITE 12, YORK, PA 17401-2992 |
| 5076705 | | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, PO BOX 719, TOLEDO, OH 43697-0719 |
| 5076704 | | EDI: COMCASTCBLCENT | Apr 14 2021 22:53:00 | COMCAST, PO BOX 3001, SOUTHEASTERN, PA 19398-3001 |
| 5100508 | | EDI: BL-BECKET.COM | Apr 14 2021 22:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5076712 | | EDI: DIRECTV.COM | Apr 14 2021 22:53:00 | DIRECT TV, P O BOX 11732, NEWARK, NJ 07101-4732 |
| 5076713 | | EDI: DIRECTV.COM | Apr 14 2021 22:53:00 | DIRECT TV, P O BOX 78626, PHOENIX, AZ 85062-8626 |
| 5076711 | | EDI: DIRECTV.COM | Apr 14 2021 22:53:00 | DIRECT TV, P.O. BOX 9001069, LOUISVILLE, KY 40290 |
| 5076715 | + | EDI: DCI.COM | Apr 14 2021 22:53:00 | DIVERSIFIED CONSULTANTS, INC., DIVERSIFIED CONSULTANTS, INC., PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5076670 | | EDI: IRS.COM | Apr 14 2021 22:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, |

| | | | |
|---|---|---|---|
| 5076734 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2021 19:15:00 | P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| | | | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5076737 | Email/Text: ktramble@lendmarkfinancial.com | Apr 14 2021 19:15:00 | LENDMARK FINANCIAL SER, 2118 USHER ST NW, COVINGTON, GA 30014 |
| 5076748 | + Email/Text: bankruptcy@militarycredit.com | Apr 14 2021 19:15:00 | MILITARY CREDIT SERVICES, LLC, 1150 E. LITTLE CREEK ROAD, SUITE 202, NORFOLK, VA 23518-3826 |
| 5095609 | + Email/Text: ecfbankruptcy@progleasing.com | Apr 14 2021 19:15:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5076754 | + Email/Text: recovery@paypal.com | Apr 14 2021 19:15:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 5076755 | + EDI: RMSC.COM | Apr 14 2021 22:53:00 | PAYPAL, P.O. BOX 105658, ATLANTA, GA 30348-5658 |
| 5076753 | Email/Text: recovery@paypal.com | Apr 14 2021 19:15:00 | PAYPAL, P.O. BOX 45950, OMAHA, NE 68145-0950 |
| 5096416 | EDI: PRA.COM | Apr 14 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5076791 | + EDI: PRA.COM | Apr 14 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5076762 | + Email/Text: dl-csgbankruptcy@charter.com | Apr 14 2021 19:15:00 | SPECTRUM, 4145 S. FALKENBURG ROAD, RIVERVIEW, FL 33578-8652 |
| 5076765 | + EDI: VERIZONCOMB.COM | Apr 14 2021 22:53:00 | VERIZON WIRELESS, 20 ALEXANDER DRIVE, PO BOX 5029, WALLINGFORD, CT 06492-7529 |
| 5076766 | EDI: VERIZONCOMB.COM | Apr 14 2021 22:53:00 | VERIZON WIRELESS, PO BOX 660108, DALLAS, TX 75266-0108 |
| 5076767 | + EDI: VERIZONCOMB.COM | Apr 14 2021 22:53:00 | VERIZON WIRELESS, PO BOX 26055, MINNEAPOLIS, MN 55426-0055 |
| 5076768 | EDI: VERIZONCOMB.COM | Apr 14 2021 22:53:00 | VERIZON WIRELESS, PO BOX 25505, LEHIGH VALLEY, PA 18002-5505 |
| 5076774 | + EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, P.O. BOX 31557, BILLINGS, MT 59107-1557 |
| 5076773 | + EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, P.O. BOX 522, DES MOINES, IA 50306-0522 |
| 5076772 | + EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, P O BOX 6995, PORTLAND, OR 97228-6995 |
| 5076770 | EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, P O BOX 11701, NEWARK, NJ 07101-4701 |
| 5076769 | + EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, PO BOX 10438, MACF8235-02F, DES MOINES, IA 50306-0438 |
| 5076776 | + EDI: WFFC.COM | Apr 14 2021 22:53:00 | WELLS FARGO BANK, MAC-F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 5076786 | + Email/Text: lconey@whiterosecu.com | Apr 14 2021 19:15:00 | WHITE ROSE CREDIT UNION, P.O. BOX 30495, TAMPA, FL 33630-3495 |
| 5076787 | + Email/Text: lconey@whiterosecu.com | Apr 14 2021 19:15:00 | WHITE ROSE CREDIT UNION, 1529 RODNEY ROAD, YORK, PA 17408-9716 |
| 5076785 | + Email/Text: lconey@whiterosecu.com | Apr 14 2021 19:15:00 | WHITE ROSE CREDIT UNION, 3498 INDUSTRIAL DRIVE, YORK, PA 17402-9050 |
| 5094055 | EDI: WFFC.COM | Apr 14 2021 22:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5139035 | + | Email/Text: kcm@yatb.com | Apr 14 2021 19:15:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Honda Financial Services dba American Honda Financ, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5076684 | ##+ | BRIGHT HOUSE NETWORKS, P.O. BOX 790450, SAINT LOUIS, MO 63179-0450 |
| 5076714 | ## | DIVERSIFIED CONSULTANTS INC., PO BOX 1117, CHARLOTTE, NC 28201-1117 |
| 5076716 | ## | DIVERSIFIED CONSULTANTS, INC., PO BOX 1391, SOUTHGATE, MI 48195-0391 |
| 5076718 | ##+ | EASTERN ACCOUNT SYSTEM, 75 GLEN ROAD, SUITE 110, SANDY HOOK, CT 06482-1175 |
| 5076726 | ##+ | HAYT, HAYT & LANDAU, 123 S. BROAD STREET, STE 1660, PHILADELPHIA, PA 19109-1003 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Roy Marcus Greenway Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Rachel Nicole Greenway hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| James Warmbrodt | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor The Money Source INC. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor The Money Source INC. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor The Money Source INC. pamb@fedphe.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Roy Marcus Greenway Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:18−bk−02636−HWV |
| Rachel Nicole Greenway, | |
| aka Rachel N. Greenway, aka Rachel N. Knight, | |
| **Debtor 2** | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)